MCGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO.: 2:18-MJ-0095-AC |
|---|---|
| v. | [PROPOSED] ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT |
| ELMER DANIEL IGLESIAS LUCATERO | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: 8-2-18

The Honorable DEBORAH L. BARNES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER